UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE CASTRO,

                    Defendant.

No. 12-CR-863 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of Defendant Jose Castro's letter dated November 16, 2022 [dkt. no. 587]. Mr. Castro's attorney is Kelley Sharkey. Mr. Castro is next scheduled to appear in Court on December 7, 2022, at 11:00 AM.

**SO ORDERED**.

Dated:     November 23, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1